**Order entered October 24, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01024-CV

## CITY OF DALLAS, Appellant

### V.

## LAWRENCE C. REICHHART, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00664**

## ORDER

Before the Court is the parties' October 20, 2017 joint motion to abate appeal. The parties have reached a tentative settlement agreement that requires the approval by the Dallas City Council. We **GRANT** the motion and **ABATE** the appeal to allow time for the Dallas City Council to approve the agreement.

The appeal will be reinstated on December 27, 2017 or on motion of any party, whichever occurs sooner.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE